**Order filed, October 24, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00711-CR
_____

**ALESTER D. HOGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1344349**

---

## ORDER

The reporter's record in this case was due September 24, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Wong Lee and Judy Fox, to file their records in this appeal **within 20 days** of the date of this order.

PER CURIAM